UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLT RUSSELL LAMOUREUX,** | : | Civil No. 1:20-CV-665 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ANDREW SAUL,** **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 9th day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge